UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ MUNOZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, successor in interest to WESTERN CAPITAL MORTGAGE; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV13 3126 LB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S REQUEST TO APPEAR BY TELEPHONE<br><br>*[Request to Appear by Telephone Filed Concurrently]*<br><br>Date:　　October 3, 2013<br>Time:　　9:30 a.m.<br>Ctrm:　　C, 15th Floor<br><br>State Court Case: CIV521768<br>Action Filed:　May 22, 2013<br>Trial Date:　　NA |

　　　Defendant SELECT PORTFOLIO SERVICING, INC. ("Defendant") has submitted a Request to Appear by Telephone at its Motion to Dismiss, scheduled for October 3, 2013, at 9:30 a.m., before the Honorable Magistrate Judge Laurel Beeler. After having considered the request, and

///

///

1

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE– CASE NO. CV13-3126 LB

1     GOOD CAUSE APPEARING THEREFORE,

2     IT IS ORDERED THAT Defendant SELECT PORTFOLIO SERVICING,

3 INC.'S Request to Appear by Telephone via Courtcall at its Motion to Dismiss

4 scheduled for October 3, 2013, at 9:30 a.m. is granted.

    Counsel to make the necessary arrangements through CourtCall.

5     IT IS SO ORDERED.

6

7 Dated: September 4, 2013

                                           HON. LAUREL BEELER

8                                            UNITED STATES MAGISTRATE JUDGE