# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ MUNOZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, successor in interest to WESTERN CAPITAL MORTGAGE; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV13 3126 LB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S REQUEST TO APPEAR BY TELEPHONE<br><br>*[Request to Appear by Telephone Filed Concurrently]*<br><br>Date:     October 3, 2013<br>Time:    9:30 a.m.<br>Ctrm:    C, 15th Floor<br><br>State Court Case: CIV521768<br>Action Filed:  May 22, 2013<br>Trial Date:    NA |

   Defendant SELECT PORTFOLIO SERVICING, INC. ("Defendant") has submitted a Request to Appear by Telephone at its Motion to Dismiss, scheduled for October 3, 2013, at 9:30 a.m., before the Honorable Magistrate Judge Laurel Beeler. After having considered the request, and

///

///

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE– CASE NO. CV13-3126 LB

442078.1

1  GOOD CAUSE APPEARING THEREFORE,

2  IT IS ORDERED THAT Defendant SELECT PORTFOLIO SERVICING,

3  INC.'S Request to Appear by Telephone via Courtcall at its Motion to Dismiss

4  scheduled for October 3, 2013, at 9:30 a.m. is granted.
   Counsel to make the necessary arrangements through CourtCall.

5  IT IS SO ORDERED.

7  Dated: September 4, 2013                    _____
                                               HON. LAUREL BEELER
8                                              UNITED STATES MAGISTRATE
                                               JUDGE