UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ MUNOZ, an individual, | No. C 13-3126 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| SELECT PORTFOLIO SERVICING, successor in interest to WESTERN CAPITAL MORTGAGE; and DOES 1-50; inclusive, | |
| Defendants. | |
| _____/ | |

Now pending before the court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 12. Plaintiff Jose Munoz's opposition to the motion to dismiss was due on August 30, 2013. He has not filed an Opposition or Statement of non-opposition to the Motion to Dismiss, as required by Civil Local Rule 7-3(b).

Accordingly, the Court hereby ORDERS Mr. Munoz to SHOW CAUSE why this action should not be dismissed for failure to prosecute. Mr. Munoz should file a response to this order, along with a response to the Motion to Dismiss, on or before Monday September 23, 2013. If the court does not receive Mr. Munoz's response by then, this action may be dismissed for failure to prosecute without further notice.

C 13-3126 LB
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: September 12, 2013

_____
LAUREL BEELER
United States Magistrate Judge